NUMBER
13-11-00348-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

HAROLD BOENIG,                                                                          Appellant,

 

                                                             v.

 

JOHN P. JACKSON AND
DEBORAH K. JACKSON,                  Appellees. 

____________________________________________________________

 

                              On
Appeal from the 24th District Court 

                                        of
Refugio County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Harold Boenig, filed an appeal from a judgment entered by the 24th District
Court of Refugio County, Texas, in cause number 2008-2-10698.  The parties have
filed a joint motion to dismiss the appeal on grounds that the parties have
reached a settlement agreement.  The parties request that this Court dismiss
this appeal.

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  In
accordance with the agreement of the parties, costs are taxed against the party
incurring same. See Tex. R. App.
P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant.").  Having dismissed the appeal at the
parties’ request, no motion for rehearing will be entertained, and our mandate
will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

18th day of August, 2011.